KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DALE F. KINSELLA (SBN 063370)
  dkinsella@kwikalaw.com
JENNIFER J. McGRATH (SBN 211388)
  jmcgrath@kwikalaw.com
DAVID W. SWIFT (SBN 235033)
  dswift@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiff GREG GORMAN

CLOSED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG GORMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MOOSYLVANIA MARKETING L.C., a Missouri limited liability company, BACARDI USA, INC., a California corporation, MARTINI & ROSSI CORPORATION, a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:10-CV-02427-JFW (SHx)<br><br>Hon. John F. Walter, Dept. 16<br><br>[~~PROPOSED~~] ORDER RE REQUEST FOR DISMISSAL<br><br>Complaint filed:  April 2, 2010<br>Trial date:           April 5, 2011 |

10465.00002/58736.1

PROPOSED ORDER

1  Plaintiff Greg Gorman by and through his counsel of record, having reached a
2  settlement of the above-referenced action, hereby requests as follows:

3      1.    This entire action may be and hereby is dismissed with prejudice;

5  DATED: March 24, 2011    KINSELLA WEITZMAN ISER KUMP &
    ALDISERT LLP

By: /s/ Jennifer J. McGrath
Jennifer J. McGrath
Attorneys for Plaintiff Greg Gorman

### ORDER

Based on the foregoing request for dismissal, IT IS SO ORDERED.

Dated: March 28, 2011    /s/
Honorable John F. Walter
UNITED STATES DISTRICT COURT

10465-00002/58583.1

2
REQUEST FOR DISMISSAL